FILED
3/25/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 24 2026 GMO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MICHELLE BOVELL

Plaintiff(s),

v.

UNITED PARCEL SVC (UPS)

Defendant(s).

Case Number:

1:26-cv-03252
Judge Joan H. Lefkow
Magistrate Judge Young B. Kim
RANDOM / Cat 2

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is MICHELLE BOVELL of the county of COOK in the state of ILLINOIS.

3. The defendant is UNITED PARCEL SEVICE (UPS), whose street address is 1 UPS WAY, (city) HODGKINS (county) USA (state) IL (ZIP) 60525

(Defendant's telephone number) (___) – ___________

4. The plaintiff sought employment or was employed by the defendant at (street address) 1 UPS WAY (city) HODGKINS (county) COOK (state) IL (ZIP code) 60525

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) APRIL, (day) 1, (year) 2023.

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) APRIL (day) 14 (year) 2024.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)________ (day)______ (year)______.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☑ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)______________ (day)______ (year) ________

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)___________

(day) ________ (year) _________.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) JANUARY (day) 1 (year) 2026 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): PAY DISCRIMINATION BASED ON RACE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1) VIOLATED EQUAL PAY ACT 1963 – PAYING WHITE AND NON BLACK EMPLOYEES MORE THAN ME – HIRED ON OK AROUND THE SAME TIME WITH EQUAL OR LESS EXPERIENCE AND/OR EDUCATION. (2) RETAILATED AGAINST ME BY TERMINATING ME FOR FILING INTERNAL COMPLAINT FOR HARASSMENT AND TERMINATED WHILE ON LONG TERM DISABILITY AFTER REQUEST FOR REASONABLE ACCOMODATION.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

(1) EVIDENCE THAT STARTING PAY AND SUBSEQUENT PAY RAISE OF A WHITE WOMEN WAS HIGHER THAN MINE WHILE HAVING EQUIVALENT EDUCATION AND EXPERIENCE. REQUIRE SUBPEONA / DISCOVERY TO CONFIRM PAY DISPARITIES BETWEEN ME AND NON BLACK PEERS BOTH MALE AND FEMALE. (2) INTERNAL REPORT OF HARRASSMENT / DISCRIMINATION FROM EMPLOYER LED TO LONG TERM DISABILITY – AND TERMINATED (RETAILIATED) AFTER REQUEST FOR REASONABLE ACCOMODATION WHILE ON LONG TERM DISABILITY

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): (1) COMPENSATION FOR: LOSS WAGES DUE TO PAY DISPARITY AND DENIAL OF UNEMPLOYMENT – NON ECONOMIC DAMAGES, RACE DISCRIMINATION, RETAILATION, HOSTILE WORK ENVIRONMENT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

② CHANGE IN POLICY: UPS IS INTERNALLY NOTORIOUS FOR VARIOUS TYPES OF DISCRIMINATION BASED ON RACE AND SEX. IMPLEMENT POLICY WHERE THERE IS EQUAL PAY BETWEEN RACE AND SEX WHEN THERE IS COMPARABLE EDUCATION AND EXPERIENCE. ADDITIONALLY, MAKE SCOPE, OBJECTIVE AND EXPECTATIONS THE SAME FOR ALL IN THE SAME DEPARTMENT.

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

[signature]
(Plaintiff's signature)

MICHELLE BOVELL
(Plaintiff's name)

1112 N HARLEM AVE APT 1B
(Plaintiff's street address)

(City) RIVERFOREST (State) IL (ZIP) 60305

(Plaintiff's telephone number) (678) – 665 9164

Date: 3/24/26

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]